# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 14, 2015

MEMO TO COUNSEL RE:  United States v. Joseph Young
Criminal No. JFM-13-0151

Dear Counsel:

I have received your letters of May 13, 2015 and May 14, 2015.  Only a single sentencing hearing will be held.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge